257 So.2d 434

**William Tandy McELWEE, Jr.**

v.

**Beverly Williams McELWEE.**

No. 52134.

Feb. 21, 1972.

In re: Beverly Williams McElwee applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Claiborne. 256 So.2d 477.

Application not considered; the record does not disclose that an application for rehearing was filed in the court of appeal. See La.Const. art. VII, s. 11.

■

257 So.2d 435

**August J. LA NASA**

v.

**Leon J. BICKHAM.**

No. 52151.

Feb. 21, 1972.

In re: Leon J. Bickham applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 255 So.2d 798.

Writ denied. On the facts found by the Court of Appeal there is no error of law in the judgment.